**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 71 MM 2017

             Respondent    :

            v.    :

NELSON BIRDWELL, III,    :

             Petitioner    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2017, the "Petition for Permission to File Brief Exceeding Page Limit" is **DENIED**.  Petitioner is **DIRECTED** to file a compliant Petition for Allowance of Appeal within 30 days.